FILED
2009 Sep-24  AM 11:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JUAWANNA BROOKS, #257599, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 09-PT-997-NE |
| | ) |
| CYNTHIA S. WHEELER-WHITE, Warden; | ) |
| ATTORNEY GENERAL FOR THE STATE | ) |
| OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed his findings and recommendation on August 28, 2009 recommending that the petition for writ of habeas corpus be dismissed without prejudice as moot or, in the alternative, for lack of prosecution. On September 14, 2009 petitioner's copy of the findings and recommendation was returned by the Postal Service with the notation "Return to Sender" written on the front of the envelope.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be DISMISSED without prejudice. A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 24th day of September, 2009.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**